UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HONORIO HERNANDEZ, and other similarly situated individuals

      Plaintiff,

v.                            Case No.:   2:20-cv-378-FtM-38MRM

PACE ENCLOSURES, INC., LUIS G. GIRALDO and ENERSON MAGRINI,

      Defendants.
_____/

### ORDER[1]

Before the Court is the parties' Notice of Settlement (Doc. 12) and Joint Stipulation of Dismissal with Prejudice (Doc. 13).  Plaintiff Honorio Hernandez has sued Defendants Pace Enclosures, Inc., Luis G. Giraldo, and Enerson Magrini for unpaid overtime wages under the Fair Labor Standards Act.  (Doc. 1).  The parties have now settled the case in full without compromise and stipulate to dismissing all claims with prejudice.  The Court thus need not review and approve the settlement for fairness.  *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982).  Also, the parties have signed the Joint Stipulation for Dismissal, so the Court will dismiss this case with prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared").

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hypelink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is

**ORDERED:**

(1) The above-captioned case is **DISMISSED with prejudice**.

(2) The Clerk of Court is **DIRECTED** to enter judgment, terminate all pending deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of August 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record